1  Siria L. Gutiérrez
   Nevada Bar No.11981
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
3  Las Vegas, Nevada 89101
   (702) 938-1510
4

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9  RONALD PICARD,                          Case No.: 2:12-cv-01907-RCJ-PAL

10                 Plaintiff,

11 v.                                      **STIPULATED PROTECTIVE ORDER**
                                           **BETWEEN PLAINTIFF RONALD**
   WAL-MART STORES, INC. a Delaware        **PICARD AND WAL-MART STORES,**
12 Corporation; DOES I through V, inclusive, **INC.**

13                 Defendants.

14

15         IT IS HEREBY STIPULATED, by the PLAINTIFF RONALD PICARD and DEFENDANT

16 WAL-MART STORES, INC. through their attorneys of record that any photographs of company

17 property, floor plans of Store #3350, any schematics of camera locations produced via any method of

18 written or oral discovery, and in any form, by Wal-Mart Stores, Inc. or any of its employees,

19 affiliates, subsidiaries, agents, or attorneys, will be subject to the following limitations on disclosure:

20         (1)     These documents and things shall be limited to the action entitled *Ronald Picard v.*

21 *Wal-Mart Stores, Inc.*, 2:12-cv-01907-RJC-PAL.  Any use of said materials outside of this litigation

22 are strictly prohibited and constitute a breach of this stipulated protective order.

23         (2)     These documents and things will not be disclosed to any person who is not a party to

24 this action unless that person is a retained expert or consultant, in which case all provisions of this

25 Stipulated Protective Order must be shown to that person(s) and that person(s) agree to be bound by

26 the terms of this Stipulated Protective Order.

27         (3)     These documents and things are the property of Wal-Mart Stores, Inc. and contain

28 confidential information of Wal-Mart Stores, Inc.  All copies of these documents and things

produced, and excerpts therefrom, will be provided to counsel for Defendant Wal-Mart Stores, Inc. at the time the case is resolved by judgment, settlement, dismissal or otherwise.

The above-stipulated limitations on disclosure of Wal-Mart Stores, Inc. confidential information will remain in effect during the pendency of this Action and will remain in effect after the Action is terminated, by judgment, settlement, dismissal or otherwise. Upon resolution of this action, the undersigned counsel agrees that the Wal-Mart Stores, Inc. confidential information will be returned to counsel of record for Defendant Wal-Mart Stores, Inc.

Violation of this Stipulated Protective Order will expose that party and/or its attorney of record to payment of moving party's incurred damages, reasonable attorneys' fees expended in enforcement of this Stipulated Protective Order and sanctions by the Court upon duly-noticed motion.

DATED this 11th day of January, 2013.                    DATED this 11th day of January, 2013.

/s/ *Keith E. Galliher*                                                          /s/ *Siria L. Gutiérrez*
Keith E. Galliher, Jr., Esq.                                                  Siria L. Gutiérrez, Esq.
Christy Lyn M. Galliher-Gagliano, Esq.                          PHILLIPS SPALLAS & ANGSTADT
THE GALLIHER LAW FIRM                                              504 South Ninth Street
1850 East Sahara Avenue, Suite 107                              Las Vegas, Nevada 89101
Las Vegas, Nevada 89104

*Attorneys for Plaintiff*                                                     *Attorneys for Defendant*
                                                                                           *Wal-Mart Stores, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: January 14, 2013

- 2 -