UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD PICARD,<br><br>        Plaintiff(s),<br><br>        vs<br><br>WAL-MART STORES, INC., etc.,<br><br>        Defendant(s). | Case # 2:12-CV-1907-JAD-NJK<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **Tuesday, April 1, 2014,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Nancy J. Koppe**  for a settlement conference.

DATED this 12th day of September, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE