UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD PICARD, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case # 2:12-CV-1907-JAD-NJK |
| ) | |
| WAL-MART STORES, INC., etc., ) | ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |
| ) | |
| Defendant(s). ) | |

This case is currently stacked on the Trial Calendar of **Tuesday, April 1, 2014,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Nancy J. Koppe** for a settlement conference.

DATED this 12th day of September, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE