1  SIRIA L. GUTIERREZ, ESQ.
   Nevada Bar No. 11981
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
3  Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6
                    UNITED STATES DISTRICT COURT
7
                          DISTRICT OF NEVADA
8

9  The Estate of RONALD PICARD, deceased,        Case No.: 2:12-cv-01907-JAD-NJK
   through its Special Administratrix,
10 Corina Bautista                               **STIPULATION AND ORDER FOR**
                                                 **DISMISSAL WITH PREJUDICE**
11                  Plaintiff,
   v.
12
   WAL-MART STORES, INC. a Delaware
13 Corporation; DOES I through V, inclusive,

14                  Defendants.

15

16    IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

17 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

- 1 -

party's own costs and attorney's fees.

DATED this 21ST day of October, 2013.          DATED this 5th day of November, 2013.

**THE GALLIHER LAW FIRM**                      **PHILLIPS, SPALLAS & ANGSTADT**

_____               _____
Keith E. Galliher, Jr., Esq.                  Siria L. Gutierrez, Esq.
1850 East Sahara Avenue, Suite 107            504 South Ninth Street
Las Vegas, Nevada 89104                       Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                     *Attorneys for Defendant*
                                              *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 6th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE